Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> HOT TOPIC, INC., a California Corporation; and DOES 1-10, inclusive, <br><br> Hot Topic. | CASE NO. <br><br> **PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES** <br><br> **1. FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)** <br><br> **2. FALSE DESIGNATIONS OF ORIGIN & UNFAIR COMPETITION (15 U.S.C. § 1125(a))** <br><br> **3. COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)** <br><br> **4. UNFAIR COMPETITION IN VIOLATION OF CA BUS. & PROF. CODE § 17200, et seq.;** <br><br> **5. COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** <br><br> **JURY TRIAL DEMANDED** |

**Plaintiff Chrome Hearts LLC** for its claims against **Hot Topic Hot Topic, Inc.** respectfully alleges as follows:

1

**JURISDICTION AND VENUE**

1. Plaintiff files this action against Defendant for trademark infringement and unfair competition under the Lanham Trademark Act of 1946, 15 U.S.C. §1051 et seq. (the "Lanham Act") as well as copyright infringement under 17 U.S.C. § 101, et seq., and related claims of unfair competition under the statutory and common law of the State of California. This Court has subject matter jurisdiction over the trademark and copyright infringement claims under 28 U.S.C. §§1331 and 1338(a).

2. This Court has supplemental jurisdiction over the claims in this Complaint which arise under state statutory and common law pursuant to 28 U.S.C. § 1367(a), since the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3. This Court has personal jurisdiction over Defendant because Defendant is incorporated and does business within this judicial district.

4. This action arises out of wrongful acts, including advertising, offering for sale, selling and distributing products by Defendant within this judicial district. Venue is proper in this district pursuant to 28 U.S.C. §1391 because the claims asserted arise in this district.

**THE PARTIES**

5. Plaintiff Chrome Hearts LLC ("Chrome Hearts") is a limited liability company organized and existing under the laws of the state of Delaware, with an office and principal place of business at 915 North Mansfield Avenue, Los Angeles, California 90038.

6. Upon information and belief, Defendant Hot Topic, Inc. ("Hot Topic") is a corporation duly organized and existing under the laws of the State of Delaware with an office and principal place of business at 18305 East San Jose Ave., City of Industry, California 91748.

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7.     Chrome Hearts is unaware of the names and true capacities of Hot Topic, whether individual, corporate and/or partnership entities named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names.  Chrome Hearts will seek leave to amend this complaint when their true names and capacities are ascertained.  Chrome Hearts is informed and believes and based thereon alleges that said Hot Topic and DOES 1 through 10, inclusive, are in some manner responsible for the wrongs alleged herein, and that at all times referenced each was the agent and servant of the other Hot Topic and was acting within the course and scope of said agency and employment.

8.     Chrome Hearts is informed and believes, and based thereon alleges, that at all relevant times herein, Hot Topic and DOES 1 through 10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior. Chrome Hearts further alleges that Hot Topic and DOES 1 through 10, inclusive, have a non-delegable duty to prevent or cause such acts and the behavior described herein, which duty Hot Topic and DOES 1 though 10, inclusive, failed and/or refused to perform.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A.     The Chrome Hearts Brand and its Marks

9.     Chrome Hearts has been engaged in the design, manufacture, and sale of artistically styled leather goods, apparel, jewelry, and accessories since 1988.

10.     Chrome Hearts is the owner of the word/mark "CHROME HEARTS" as well as a variety of other federal trademark and copyright comprising the Chrome Hearts mark and assorted design components.

11.     Chrome Hearts sells a wide variety of quality artistic products, including leather pants, leather jackets, leather vests, sterling silver jewelry, including necklaces, bracelets, rings and wallet chains, belt buckles, fabric apparel, bags and a wide

PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

1   collection of other products, including its recent line of custom, one-of-a-kind

2   furniture, eyewear, and crystal ware.

3         12.    Chrome Hearts pioneered the idea of combining the look of rugged

4   apparel with fashion attire to make fashion apparel and accessories.  All of Chrome

5   Hearts's leather products are adorned with sterling silver hardware, including all of the

6   buttons and ornamental pieces.  Chrome Hearts further pioneered the look of suede

7   inlay designs in connection with leather clothing.

8         13.    Entertainers, such as Madonna, Arnold Schwarzenegger, Karl Lagerfeld,

9   Cher, Kate Hudson, Tom Brady, David Beckham, and Lenny Kravitz can all be seen in

10  Chrome Hearts's fashions.  Chrome Hearts products are sold in the exclusive

11  CHROME HEARTS stores throughout the world and in select specialty stores, such as

12  Colette of Paris, Bergdorf Goodman in New York and the United Arrows and

13  Intellectual Galleries boutiques in Japan.

14        14.    In 1993, the Council of Fashion Designers of America ("CFDA")

15  presented Chrome Hearts with an unsolicited award as designer of the year for its

16  innovated accessories and jewelry designs.

17        15.    Virtually all Chrome Hearts® products, including clothing, denim, and

18  jewelry, are handmade in Los Angeles by Chrome Hearts's craftsmen.  The level of

19  expert workmanship exercised by these individuals is superior and conforms with the

20  strict standards established by Chrome Hearts.

21        16.    Works designed by Chrome Hearts have been praised and recognized in

22  numerous articles appearing in both trade publications and publications directed to the

23  general public around the world, including articles in the United States, Germany,

24  Japan and France.  These articles have acclaimed the high artistry, fashion and style of

25  Chrome Hearts's designs and the uniqueness of the designs.

26

27

28

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

1

2

**B.**     **Hot Topic's Infringement of Chrome Hearts's Trademarks and Copyrighted Works**

3

4

5

17.     Upon information and belief, Hot Topic is a company engaged in the sale of a wide variety of products, namely apparel and accessories, at more than 600 retail stores nationwide, and online at www.hottopic.com.

6

7

8

18.     The present lawsuit arises from Hot Topic's advertisement, offering for sale, and sale of products ("Accused Products" shown below) that infringe upon Chrome Hearts's federally registered trademarks and copyrighted works

9

10

11

12

13

14

15

 

16

17

18

19.     Chrome Hearts is informed and believes and hereon alleges that Hot Topic has copied Chrome Hearts's trademarks/copyrighted works in an effort to exploit Chrome Hearts's reputation in the market.

19

20

21

22

20.     Upon information and belief, Hot Topic may have sold additional products that infringe upon Chrome Hearts's intellectual property.  Chrome Hearts may seek leave to amend as additional information becomes available through discovery.

23

24

25

21.     Chrome Hearts has not granted a license or any other form of permission to Hot Topic with respect to its trademarks, copyrighted works, trade dresses, or other intellectual property.

26

27

28

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FIRST CLAIM FOR RELIEF

### (Federal Trademark Infringement – 15 U.S.C. § 1114)

22.     Chrome Hearts incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

23.     Chrome Hearts is the owner of the word/mark "CHROME HEARTS" as well as a variety of other federal trademark registrations comprising the Chrome Hearts mark and assorted design components, including in relevant part the following trademarks:

| | Reg. No. | Date of Reg. | Class/Goods |
|---|---|---|---|
| ("**CH Cross**") | 3,605,854 | April 14, 2009 | International Class ("IC") 018. Bags, namely, handbags, shoulder bags, clutches, tote bags, wallets, back packs and luggage. |
| | 3,605,860 | April 14, 2009 | IC 014. Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals. |
| | 3,606,059 | April 14, 2009 | IC 025. Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats and hats. |
| | 3,731,397 | Dec. 29, 2009 | IC 009. Eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases. |

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

| | | | |
|---|---|---|---|
| 
("**CH Classic Oval**") | 3,731,402 | Dec. 29, 2009 | IC 009. Eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases. |
| | 3,784,782 | May 4, 2010 | IC 026. Hair accessories, namely, hair clips, barrettes, hair bands, buttons, hair pins and ribbons. |
| | 4,494,838 | March 11, 2014 | IC 014. Jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, tie fasteners, brooches, pendants, cuff links, key rings made of precious metals and watch bracelets. |
| | 4,497,576 | March 18, 2014 | IC 025. Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, dresses, vests, jackets, coats, swimwear, underwear, hats and footwear. |

24.     Chrome Hearts's CH Cross and CH Classic Oval trademarks (collectively "CH Marks at Issue") are in full force and effect and have been used continuously since their respective first dates of use.  Indeed many of the CH Marks at Issue are incontestable by virtue of their registrations and continuous use in commerce for more than five years.

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

25.     The CH Marks at Issue are nationally recognized, including within the Central District of California, as being affixed to goods and merchandise coming from Chrome Hearts.

26.     Hot Topic's use of marks substantially indistinguishable and/or confusingly similar to the CH Marks at Issue on the Accused Products is likely to lead to and result in consumer confusion, mistake or deception, and are likely to cause the public to believe that Chrome Hearts has produced, sponsored, authorized, licensed or is otherwise connected or affiliated with Hot Topic's commercial and business activities, all to the detriment of Chrome Hearts.

27.     Hot Topic's use of the CH Marks at Issue is without Chrome Hearts's permission or authority and in total disregard of Chrome Hearts's rights to control its trademarks.

28.     Upon information and belief, Hot Topic's acts are deliberate and intended to confuse the public as to the source of Hot Topic's goods or services and to injure Chrome Hearts and reap the benefit of Chrome Hearts's goodwill associated with Chrome Hearts's trademarks.

29.     As a direct and proximate result of Hot Topic's infringing conduct, Chrome Hearts has been injured and will continue to suffer injury to its business and reputation unless Hot Topic is restrained by this Court from selling the Accused Products and otherwise infringing on Chrome Hearts's registered trademarks.

30.     Chrome Hearts has no adequate remedy at law.

31.     In light of the foregoing, Chrome Hearts is entitled to injunctive relief prohibiting Hot Topic from using any of the CH Marks at Issue, and/or any marks identical and/or confusingly similar thereto, and to recover from Hot Topic  all damages, including attorneys' fees, that Chrome Hearts has sustained and will sustain as a result of such infringing acts, and all gains, profits and advantages obtained by Hot Topic as a result thereof, in an amount not yet known, as well as the costs of this action

PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

1  pursuant to 15 U.S.C. § 1117(a), attorneys' fees and treble damages pursuant to 15

2  U.S.C. § 1117(b), and/or statutory damages pursuant to 15 U.S.C § 1117(c).

3  ## SECOND CLAIM FOR RELIEF

4  ### (False Designations of Origin and False Descriptions – 15 U.S.C. § 1125(a))

5      32.    Chrome Hearts incorporates herein by reference the averments of the

6  preceding paragraphs as though fully set forth herein.

7      33.    Hot Topic's unauthorized use of marks substantially indistinguishable

8  and/or confusingly similar to the CH Marks at Issue on the Accused Products in

9  interstate commerce and advertising relating to same constitutes false designation of

10  origin and a false representation that the goods are manufactured, offered, sponsored,

11  authorized, licensed by or otherwise connected with Chrome Hearts or come from the

12  same source as Chrome Hearts's goods when in fact they do not.

13      34.    Hot Topic's use of the CH Marks at Issue is without Chrome Hearts's

14  permission or authority and in total disregard of Chrome Hearts's rights to control its

15  trademarks.

16      35.    Hot Topic's infringing activities are likely to lead to and result in

17  confusion, mistake or deception, and are likely to cause the public to believe that

18  Chrome Hearts has produced, sponsored, authorized, licensed or is otherwise

19  connected or affiliated with Hot Topic's commercial and business activities, all to the

20  detriment of Chrome Hearts.

21      36.    Chrome Hearts has no adequate remedy at law.

22      37.    In light of the foregoing, Chrome Hearts is entitled to injunctive relief

23  prohibiting Hot Topic from using any of the CH Marks at Issue, and/or any marks

24  identical and/or confusingly similar thereto, and to recover from Hot Topic all

25  damages, including attorneys' fees, that Chrome Hearts has sustained and will sustain

26  as a result of such infringing acts, and all gains, profits and advantages obtained by Hot

27  Topic as a result thereof, in an amount not yet known, as well as the costs of this action

28  pursuant to 15 U.S.C. § 1117(a).

PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## THIRD CLAIM FOR RELIEF

### (Copyright Infringement – 17 U.S.C. § 501)

38.     Chrome Hearts incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

39.     In addition to owning numerous trademark registrations to its various marks, Chrome Hearts also owns several copyright registrations, including in relevant part copyright registrations to works entitled "C H Cross" (VA 705-193) and "Classic Oval" (VA 705-234) (hereinafter collectively "CH Copyrighted Works"). Registrations for the CH Copyrighted Works are attached hereto and incorporated herein as Exhibit A.

40.     As the owner of the CH Copyrighted Works, Chrome Hearts is entitled to exclusive use thereof without the unauthorized use by third parties.

41.     Given the widespread popularity of the CH Copyrighted Works and the striking similarity between said works and the design elements that appear on the Accused Products, Hot Topic had access to the CH Copyrighted Works and upon information and belief has knowingly infringed upon one or more of them by manufacturing, distributing and selling products bearing marks which are substantially similar to the CH Copyrighted Works, in violation of 17 U.S.C. § 501.

42.     Upon information and belief, Hot Topic has intentionally, knowingly and willfully copied the CH Copyrighted Works to benefit from the widespread customer recognition and acceptance of them and to capitalize upon the market created by Chrome Hearts for its designs.

43.     Upon information and belief, the aforesaid infringement by Hot Topic of the CH Copyrighted Works was and continues to be with the knowledge that such designs are copyrighted and Hot Topic, in doing the acts complained of herein, has willfully infringed upon Chrome Hearts's rights under the Copyright Laws of the United States, Title 17 U.S.C. § 101, et seq.

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

44.     Hot Topic's infringement of the CH Copyrighted Works is to the great and irreparable damage of Chrome Hearts, and Chrome Hearts is informed and believes, as indicated, that Hot Topic will continue such infringement unless enjoined by this Court.

45.     Chrome Hearts has no adequate remedy at law.

46.     In light of the foregoing, Chrome Hearts is entitled to injunctive relief prohibiting Hot Topic from using the CH Copyrighted Works or any designs identical and/or substantially similar thereto for any purpose, and to recover from Hot Topic all damages, including attorneys' fees, that Chrome Hearts has sustained and will sustain as a result of such infringing acts, and all gains, profits and advantages obtained by Hot Topic as a result thereof, in an amount not yet known, as well as the costs of this action pursuant to 17 U.S.C. § 504(b), or in the alternative statutory damages pursuant to 17 U.S.C. § 504(c), and/or any additional damages pursuant to 17 U.S.C. § 504(d).

## FOURTH CLAIM FOR RELIEF

### (Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 et seq.)

47.     Chrome Hearts incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

48.     The CH Marks at Issue are strong and distinctive marks that have been in use for many years and have achieved enormous and widespread public recognition.

49.     Through prominent, long, and continuous use in commerce, the CH Marks at Issue have become and continue to be famous and distinctive in the State of California.

50.     Hot Topic's misappropriation of the CH Marks at Issue was intended to capitalize on Chrome Hearts's goodwill for Hot Topic's own pecuniary gain.

51.     Hot Topic's unauthorized use of the CH Marks at Issue dilutes the distinctive quality of the CH Marks at Issue and decreases the capacity of such marks to identify and distinguish Chrome Hearts's products and has caused a likelihood of harm to Chrome Hearts's business reputation.

PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

52.     By the acts described above, Hot Topic has caused and will continue to cause irreparable injury to Chrome Hearts's goodwill and business reputation, in violation of Cal. Bus. & Prof. Code § 17200 et seq.

53.     Upon information and belief, Hot Topic has made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

54.     Hot Topic is liable to Chrome Hearts for all damages, whether direct or indirect, for the misappropriation of Chrome Hearts's trademarks, reputation and goodwill, which damages are subject to trebling.

55.     Upon information and belief, Hot Topic will continue its infringing acts unless restrained by this Court.

56.     Hot Topic's acts have damaged and will continue to damage Chrome Hearts, and Chrome Hearts has no adequate remedy at law.

57.     In light of the foregoing, Chrome Hearts is entitled to all available relief provided for in California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200, et. seq. including permanent injunctive relief, restitution, and attorneys' fees and costs.

## FIFTH CLAIM FOR RELIEF

### (Common Law Trademark Infringement and Unfair Competition)

58.     Chrome Hearts incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

59.     Chrome Hearts owns and enjoys common law trademark rights to the CH Marks at Issue in California and throughout the United States.

60.     Hot Topic's misappropriation of Chrome Hearts's common law trademarks was intended to capitalize on Chrome Hearts's goodwill for Hot Topic's own pecuniary gain. Chrome Hearts has expended substantial time, resources and effort to obtain an excellent reputation for itself and its family of marks. As a result of Chrome Hearts's efforts, Hot Topic is now unjustly enriched and is benefiting from property rights that rightfully belong to Chrome Hearts.

PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

61.     Hot Topic's unauthorized use of the CH Marks at Issue has caused and is likely to cause confusion as to the source of Hot Topic's products, all to the detriment of Chrome Hearts.

62.     Hot Topic's acts are willful, deliberate, and intended to confuse the public and to injure Chrome Hearts.

63.     Hot Topic's acts constitute unfair competition under California common law.

64.     Chrome Hearts has been irreparably harmed and will continue to be irreparably harmed as a result of Hot Topic's infringing activities unless Hot Topic is permanently enjoined from its infringing conduct.

65.     The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Chrome Hearts in reckless disregard of Chrome Hearts's rights. Said conduct was despicable and harmful to Chrome Hearts and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of Hot Topic and to deter them from similar such conduct in the future.

66.     Chrome Hearts has no adequate remedy at law.

67.     In light of the foregoing, Chrome Hearts is entitled to injunctive relief prohibiting Hot Topic from using the CH Marks at Issue to recover all damages, including attorneys' fees, that Chrome Hearts has sustained and will sustain and all gains, profits and advantages obtained by Hot Topic as a result of its infringing acts alleged above in an amount not yet known, and the costs of this action.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Chrome Hearts LLC respectfully prays that this Court enter judgment in its favor and against Hot Topic as follows:

1.     Entry of an ORDER granting temporary, preliminary and permanent injunctive relief restraining and enjoining Hot Topic, its officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them from:

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

1    (a)    manufacturing, importing, advertising, marketing, promoting,

2  supplying, distributing, offering for sale, or selling Accused Products and/or any other

3  products that bear marks/designs identical to, confusingly similar to, and/or

4  substantially similar to the CH Marks at Issue and/or CH Copyrighted Works;

5    (b)    engaging in any other activity constituting unfair competition with

6  Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade,

7  including without limitation, the use of designations and design elements associated

8  with Chrome Hearts;

9    (c)    committing any other act which falsely represents or which has the

10  effect of falsely representing that the goods and services of Hot Topic is licensed by,

11  authorized by, offered by, produced by, sponsored by, or in any other way associated

12  with Chrome Hearts;

13    (d)    knowingly assisting, aiding or attempting to assist or aid any other

14  person or entity in performing any of the prohibited activities referred to in Paragraphs

15  (a) through (c) above.

16    2.    Entry of an ORDER directing Hot Topic to recall from any distributors

17  and retailers and to deliver to Chrome Hearts for destruction, or other disposition, all

18  remaining inventory of the Accused Products, in addition to any other goods that

19  infringe upon Chrome Hearts's rights to the CH Marks at Issue and/or CH Copyrighted

20  Works, including all advertisements, promotional and marketing materials therefore, as

21  well as means of making same in its possession or under its control;

22    3.    Entry of an ORDER directing Hot Topic to disclose its supplier(s) and

23  manufacturer(s) of the Accused Products and provide all documents, correspondence,

24  receipts, and invoices associated with the purchase of the Accused Products;

25    4.    Entry of an ORDER for an accounting by Hot Topic of all gains, profits,

26  and/or advantages derived from its infringing acts;

27    5.    Entry of an ORDER directing Hot Topic to file with this Court and serve

28  on Chrome Hearts within ten (10) days after entry of the injunction a report in writing,

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

1    under oath setting forth in detail the manner and form in which Hot Topic  has

2    complied with the injunction;

3        6.      Award of Hot Topic's profits and all damages sustained by Chrome

4    Hearts as a result of Hot Topic's wrongful acts, and such other compensatory damages

5    as the Court determines to be fair and appropriate pursuant to 15 U.S.C. § 1117(a) and

6    17 U.S.C. § 504(b), or in the alternative should Chrome Hearts so elect, an award of

7    statutory damages pursuant to 15 U.S.C. §1117(c) and 17 U.S.C. § 504(c) to Chrome

8    Hearts

9        7.      Award of treble damages in the amount of Hot Topic's profits or Chrome

10   Hearts Marks' damages, whichever is greater, for willful infringement pursuant to 15

11   U.S.C. § 1117(b);

12       8.      Award of applicable interest, costs, disbursements and attorneys' fees,

13   pursuant to 15 U.S.C. § 1117(b) and 17 U.S.C. § 505 to Chrome Hearts;

14       9.      Award of punitive damages to Chrome Hearts in connection with its

15   California state and common law claims;

16       10.     Such other relief as may be just and proper.

17

18    Dated:        August 25, 2016            BLAKELY LAW GROUP

19                                      By:    /s/ Cindy Chan_____
                                              Brent H. Blakely
20                                            Cindy Chan
                                              *Attorneys for Plaintiff*
21                                            *Chrome Hearts LLC*

22

23

24

25

26

27

28

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

1

## **DEMAND FOR JURY TRIAL**

2      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Chrome

3 Hearts LLC hereby demands a trial by jury as to all claims in this litigation.

4

5    Dated:        August 25, 2016        BLAKELY LAW GROUP

6

7                                                  By:    */s/ Cindy Chan*_____
                                                         Brent H. Blakely
8                                                        Cindy Chan
                                                         *Attorneys for Plaintiff*
9                                                        *Chrome Hearts LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**