Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

E-FILED- 10/26/16
LINK#17

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOT TOPIC, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | CASE NO. 2:16-cv-06418-PSG-JPR<br><br>[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE<br><br>**Hon. Philip S. Gutierrez** |

IT IS HEREBY ORDERED that this entire action, and all of the claims and counterclaims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:   October 25,   2016         By:   PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Philip S. Gutierrez
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**